IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

George Valdespino, for Dog House Trucking, LLC,

      Plaintiff,

v.

BMO Bank N.A.,

      Defendant.

Civ. No. 1:25-cv-1152-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation, ECF No. 12, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 12 is adopted. This action is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

    DATED this 5th day of March 2026.

                                                    /s/ Michael J. McShane
                                                       Michael McShane
                                                United States District Judge